# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-3875
_____

SAMY F. BISHAI, M.D.,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

_____

On appeal from the Division of Administrative Hearings.

September 18, 2018

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steven L. Brannock and Joseph T. Eagleton of Brannock & Humphries, Tampa, for Appellant.

Christine E. Lamia, Chief Appellate Counsel, and Katelyn R. Boswell, Assistant General Counsel, Florida Department of Health, Tallahassee, for Appellee.